**No. 53412.**—Park & Tilford Import Corp. *v.* United States, protest 121550–K (Pittsburgh).

Opinion by Johnson, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.